893 F.2d 1433
 Roslyn O. BEAUFORD, Joseph C. Palmeto, Maria Valle, Joseph
Decesare, Jr., and Elsie Decesare, individually
and on behalf of others similarly
situated, Plaintiffs-Appellants,
v.
Harry B. HELMSLEY, Supervisory Management Corp., Avenue of
America Realty Corp., et al., Defendants-Appellees.
 No. 87-7216.
 United States Court of Appeals,
Second Circuit.
 Sept. 15, 1989.
Prior report: --- U.S. ----, 109 S.Ct. 3236, 106 L.Ed.2d
584.
 ORDER
 
 1
 Upon further consideration in light of H.J. Inc. v. Northwestern Bell Telephone Co., --- U.S. ----, 109 S.Ct. 2893, 106 L.Ed.2d 195 (1989), we adhere to our en banc decision in this case, 865 F.2d 1386 (2d Cir.1989), and remand to the district court for further proceedings in accordance with the en banc decision.